IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | |
|---|---|
| Michael A. Jensen, Carol J. Jensen, and Christian M. Jensen, | Case No. 3:14-cv-20 |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| -vs- | |
| T.M. Transport, Inc., Mato Equipment Leasing, LLC, LT Cargo, Inc., and Eradzh Karimov, | |
| Defendants. | |

Before the court is the parties' stipulation of dismissal with prejudice and without costs or disbursements to any party.[1] Upon consideration, the court hereby **ADOPTS** the stipulation in its entirety. This case is dismissed with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED**.

Dated this 16th day of December, 2015.

/s/ Ralph R. Erickson
Ralph R. Erickson, Chief Judge
United States District Court

---

[1] Doc. #91.